# EXHIBIT A

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                   SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                                CIVIL ACTION
[SEAL]                                                          No.

_Missy Longuemare_ , Plaintiff(s)

v.

_CBE Group, Inc._ , Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER.)

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon _Sergei Lemberg, Esq._ _Lemberg Law, LLC_ plaintiff's attorney, whose address is _1100 Summer St., 3rd Flr, Stamford, CT 06905_ an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at .................................. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Judith Fabricant, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the .................... day of ...................., in the year of our Lord two thousand and ....................

_Marc Jacobs, Esq._
(Magistrate)

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

2SC 24

Date Served: 7/9/15
Time Served: 2:48pm
DN

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........................................., 20    , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5) :

........................................................................................................................................

........................................................................................................................................

........................................................................................................................................

Dated: ........................................, 20   .       ........................................................................

N.B.  TO PROCESS SERVER: —
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20   . |

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION
No.

BRISTOL, ss.

Missy Longuemare , Plaintiff (s)

v.

CBE Group, Inc. , Defendant (s)

SUMMONS
(Mass. R. CIV. P. 4)

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS                                          SUPERIOR COURT DEPT.

                                                     C.A. NO. _____

-----------------------------------X
Missy Longuemare,                  :
                                   :
            Plaintiff,             :
                                   :                 **RECEIVED**
    -against-                      :                 Date: July 8, 2015
                                   :                 BRISTOL SUPERIOR COURT
CBE Group, Inc.,                   :
                                   :
            Defendant.             :
                                   :
-----------------------------------X

## COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the named Plaintiff and states the following as her Complaint:

### OVERVIEW

This action arises out of Defendant's repeated violations of the Massachusetts Consumer Protection Act, M.G.L. c. 93A § 2, et seq. ("MCPA"), and Massachusetts Debt Collection Regulations, 940 CMR § 7.00 et seq. ("MDCR").

### PARTIES

1. The Plaintiff, Missy Longuemare ("Plaintiff"), is an adult individual residing in Fairhaven, Bristol County, Commonwealth of Massachusetts and is a "debtor" as defined by 940 CMR § 7.03.

2. The Defendant, CBE Group, Inc. ("CBE"), is an Iowa business entity with an address of 1309 Technology Parkway, Cedar Falls, Iowa 50613, and is a "creditor" as defined by 940 CMR § 7.03.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

3. The Plaintiff incurred a financial obligation (the "Debt") to CBE.

4. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meet the definition of a "debt" under 940 CMR § 7.03.

5. The Defendant attempted to collect the Debt and, as such, initiated and engaged in "communications" as defined in 940 CMR § 7.03.

### B. CBE Engages in Harassment and Abusive Tactics

6. Beginning on September 17, 2014, CBE contacted Plaintiff in an attempt to collect the Debt.

7. CBE placed calls to Plaintiff at the excessive rate of up to four calls per week.

8. The repeated calls caused Plaintiff significant inconvenience.

### C. Plaintiff Suffered Actual Damages

9. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendant's unlawful conduct.

10. As a direct consequence of the Defendant's acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

### D. Plaintiff's Written Pre-Suit Demand

11. On May 4, 2015, Plaintiff's counsel emailed Defendant a written pre-suit demand, attaching a draft complaint stating Plaintiff's cause of action.

12. Plaintiff also made a pre-suit settlement demand to Defendant of $4,000.00. Defendant did not respond to Plaintiff's demand.

## COUNT I
### VIOLATIONS OF THE MASSACHUSETTS CONSUMER PROTECTION ACT, M.G.L. c. 93A § 2, et seq. and MASSACHUSETTS DEBT COLLECTION REGULATIONS, 940 CMR § 7.00 et seq.

13. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. The Defendant employed unfair or deceptive acts to collect the Debt, in violation of M.G.L. c. 93A § 2.

2

15. The Defendant initiated communication via telephone with the Plaintiff in excess of two calls in each seven-day period in violation of 940 CMR § 7.04(1)(f).

16. The Defendant's failure to comply with these provisions constitutes an unfair or deceptive act under M.G.L. c. 93A § 9 and 940 CMR § 7.00 et seq. and, as such, the Plaintiff is entitled to double or treble damages plus reasonable attorney's fees.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against Defendant:

1. Equitable relief pursuant to M.G.L. c. 93A § 9;
2. Double or treble damages plus reasonable attorney's fees pursuant to M.G.L. c. 93A § 9;
3. Costs of litigation and reasonable attorney's fees pursuant to M.G.L. c. 93A § 9 against Defendant;
4. Punitive damages; and
5. Such other and further relief as may be just and proper.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

Respectfully submitted,

By _____
Sergei Lemberg (BBO# 650671)
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiff

Dated: June 3, 2015

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1- 88) | DOCKET NUMBER<br>1573CV00552 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Missy Longuemare vs. CBE Group, Inc. | | Marc J. Santos, Clerk of Court<br>Bristol County |
| TO: Sergei Lemberg, Esq.<br>Lemberg Law LLC<br>1100 Summer Street<br>3rd Floor<br>Stamford, CT 06905 | | COURT NAME & ADDRESS<br>Bristol County Superior Court - New Bedford<br>441 County Street, 1st floor<br>New Bedford, MA 02740 |

### TRACKING ORDER - X - Accelerated

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION**      **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 09/08/2015 | |
| Response to the complaint filed (also see MRCP 12) | | 06/07/2016 | |
| All motions under MRCP 12, 19, and 20 | | | |
| All motions under MRCP 15 | | | |
| All discovery requests and depositions served and non-expert despositions completed | | | |
| All motions under MRCP 56 | | | |
| Final pre-trial conference held and/or firm trial date set | | | |
| Case shall be resolved and judgment shall issue by | | | |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time. Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED<br>06/08/2015 | ASSISTANT CLERK<br>Joseph T Vincent | PHONE<br>(508)996-2051 |
|---|---|---|

Date/Time Printed 06-08-2015 15:15:58      SCV026- 11/2014